1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PATRICK GEORGE BASSETT,

11              Plaintiff,                    No. 2:12-cv-0111 KJN P

12         vs.

13    OFFICER BARKLEY,

14              Defendants.           <u>ORDER</u>

15    _____/

16         Plaintiff, an Allegany County Jail inmate proceeding without counsel, has filed a

17    civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not filed a request to proceed in

18    forma pauperis or paid the filing fee.

19         The federal venue statute requires that a civil action, other than one based on

20    diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21    defendants reside in the same State, (2) a judicial district in which a substantial part of the events

22    or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

23    of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

24    no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

25         In this case, the defendant is located and the claim arose in Allegany County,

26    which is in the Western District of New York, Buffalo Division.  Therefore, plaintiff's claim

1

1  should have been filed in the United States District Court for the Western District of New York

2  in Buffalo.  In the interest of justice, a federal court may transfer a complaint filed in the wrong

3  district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932

4  (D.C. Cir. 1974).

5          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

6  United States District Court for the Western District of New York, U.S. Courthouse, 2 Niagara

7  Square, Buffalo, NY  14202.

8  DATED:  January 26, 2012

9

10  _____

11  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

12  bass0111.21a

13

14

15

16

17

18

19

20

21

22

23

24

25

26