IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK GEORGE BASSETT,

        Plaintiff,                        No. 2:12-cv-0111 KJN P

       vs.

OFFICER BARKLEY,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, an Allegany County Jail inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed a request to proceed in forma pauperis or paid the filing fee.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the defendant is located and the claim arose in Allegany County, which is in the Western District of New York, Buffalo Division. Therefore, plaintiff's claim

1

1  should have been filed in the United States District Court for the Western District of New York
2  in Buffalo.  In the interest of justice, a federal court may transfer a complaint filed in the wrong
3  district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932
4  (D.C. Cir. 1974).
5        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Western District of New York, U.S. Courthouse, 2 Niagara
7  Square, Buffalo, NY  14202.
8  DATED:  January 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bass0111.21a